# Earnings Statement

**THOMAS SCHWEAR**

Pay Date: 09/14/2018  
Period Start: 08/26/2018  
Period End: 09/08/2018  

Company: 0TE58 - THE JAY GROUP INC  
700 INDIAN SPRINGS DRIVE  
LANCASTER PA 17601   (717) 285-6294  

Emp #: 5024  
Dept: 2100 - Operations  
Pay Basis: Hourly  

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 12.15 | 74.32 | 902.99 | 17279.01 |
| Overtime | 18.23 | 0.32 | 5.83 | 1388.02 |
| Float Holiday | 12.15 | 0.00 | 0.00 | 145.80 |
| Holiday | 12.15 | 8.00 | 97.20 | 486.00 |
| Shift A - Bonus | 12.21(*) | 0.00 | 0.00 | 12.21 |
| Vacation | 12.15 | 0.00 | 0.00 | 886.95 |

*Denotes an override during payroll processing.

| | **Gross** | 82.64 | 1006.02 | 20197.99 |
|---|---|---|---|---|
| **W/H Taxes** | | | | |
| Federal W/H(S/3) | | | 31.89 | 749.26 |
| Medicare | | | 13.63 | 274.72 |
| Social Security | | | 58.28 | 1174.62 |
| Penn. State W/H(S/0) | | | 28.86 | 581.63 |
| 360804,WEST HEMPFIELD TWP/HEMPFIELD | | | 9.40 | 189.42 |
| LST 360804,WEST HEMPFIELD TWP/HEMP | | | 2.00 | 38.00 |
| Pennsylvania UI/HC/WF | | | 0.60 | 12.11 |
| **Deductions** | | | | |
| B-Medical-EE Only - 2017 | | | 0.00 | 1008.08 |
| Medical Base Plan | | | 63.10 | 189.30 |
| Vision | | | 2.88 | 8.64 |
| Vision-EE Only - 2017 | | | 0.00 | 46.08 |
| | **Net Pay** | | 795.38 | 15926.13 Voucher No. 150255734DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 795.38 | 15926.13 A/C:9764 |

# Earnings Statement

**THOMAS SCHWEAR**

| | |
|---|---|
| Pay Date: 08/31/2018 | Company: 0TE58 - THE JAY GROUP INC |
| Period Start: 08/12/2018 | 700 INDIAN SPRINGS DRIVE |
| Period End: 08/25/2018 | LANCASTER  PA  17601   (717) 285-6294 |

Emp #: 5024
Dept: 2100 - Operations
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.15 | 79.07 | 960.70 | 16376.02 |
| Overtime | 18.23 | 0.40 | 7.29 | 1382.19 |
| Float Holiday | 12.15 | 0.00 | 0.00 | 145.80 |
| Holiday | 12.15 | 0.00 | 0.00 | 388.80 |
| Shift A - Bonus | 12.21(*) | 0.00 | 0.00 | 12.21 |
| Vacation | 12.15 | 0.00 | 0.00 | 886.95 |

*Denotes an override during payroll processing.

| | | | | |
|---|---|---|---|---|
| **Gross** | | 79.47 | 967.99 | 19191.97 |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H(S/3) | | | 28.09 | 717.37 |
| Medicare | | | 13.08 | 261.09 |
| Social Security | | | 55.92 | 1116.34 |
| Penn. State W/H(S/0) | | | 27.69 | 552.77 |
| 360804,WEST HEMPFIELD TWP/HEMPFIELD | | | 9.02 | 180.02 |
| LST 360804,WEST HEMPFIELD TWP/HEMP | | | 2.00 | 36.00 |
| Pennsylvania UI/HC/WF | | | 0.58 | 11.51 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| B-Medical-EE Only - 2017 | | | 0.00 | 1008.08 |
| Medical Base Plan | | | 63.10 | 126.20 |
| Vision | | | 2.88 | 5.76 |
| Vision-EE Only - 2017 | | | 0.00 | 46.08 |

| | | | | |
|---|---|---|---|---|
| **Net Pay** | | | 765.63 | 15130.75  Voucher No. 148344030DD |

**Net Pay Distribution**

| | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 765.63 | 15130.75 A/C:9764 |

# Earnings Statement

**THOMAS SCHWEAR**

| | |
|---|---|
| Pay Date: 08/17/2018 | Company: 0TE58 - THE JAY GROUP INC |
| Period Start: 07/29/2018 | 700 INDIAN SPRINGS DRIVE |
| Period End: 08/11/2018 | LANCASTER  PA  17601   (717) 285-6294 |

Emp #: 5024
Dept: 2100 - Operations
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 12.15 | 77.74 | 944.54 | 15415.32 |
| Overtime | 18.23 | 0.16 | 2.92 | 1374.90 |
| Float Holiday | 12.15 | 0.00 | 0.00 | 145.80 |
| Holiday | 12.15 | 0.00 | 0.00 | 388.80 |
| Shift A - Bonus | 12.21(*) | 0.00 | 0.00 | 12.21 |
| Vacation | 12.15 | 0.00 | 0.00 | 886.95 |

*Denotes an override during payroll processing.

| | | | | |
|---|---|---|---|---|
| **Gross** | | 77.90 | 947.46 | 18223.98 |
| **W/H Taxes** | | | | |
| Federal W/H(S/3) | | | 26.03 | 689.28 |
| Medicare | | | 12.78 | 248.01 |
| Social Security | | | 54.65 | 1060.42 |
| Penn. State W/H(S/0) | | | 27.06 | 525.08 |
| 360804,WEST HEMPFIELD TWP/HEMPFIELD | | | 8.81 | 171.00 |
| LST 360804,WEST HEMPFIELD TWP/HEMP | | | 2.00 | 34.00 |
| Pennsylvania UI/HC/WF | | | 0.57 | 10.93 |
| **Deductions** | | | | |
| B-Medical-EE Only - 2017 | | | 0.00 | 1008.08 |
| Medical Base Plan | | | 63.10 | 63.10 |
| Vision | | | 2.88 | 2.88 |
| Vision-EE Only - 2017 | | | 0.00 | 46.08 |
| **Net Pay** | | | 749.58 | **14365.12** Voucher No. 146864137DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 749.58 | 14365.12 A/C:9764 |

# Earnings Statement

**THOMAS SCHWEAR**

| | | |
|---|---|---|
| Pay Date: 08/03/2018 | Company: 0TE58 - THE JAY GROUP INC | Emp #: 5024 |
| Period Start: 07/15/2018 | 700 INDIAN SPRINGS DRIVE | Dept: 2100 - Operations |
| Period End: 07/28/2018 | LANCASTER  PA  17601  (717) 285-6294 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 12.15 | 79.40 | 964.71 | 14470.78 |
| Overtime | 18.23 | 2.40 | 43.74 | 1371.98 |
| Float Holiday | 12.15 | 0.00 | 0.00 | 145.80 |
| Holiday | 12.15 | 0.00 | 0.00 | 388.80 |
| Shift A - Bonus | 12.21(*) | 0.00 | 0.00 | 12.21 |
| Vacation | 12.15 | 0.00 | 0.00 | 886.95 |

*Denotes an override during payroll processing.

| | | | | |
|---|---|---|---|---|
| | **Gross** | 81.80 | 1008.45 | 17276.52 |
| **W/H Taxes** | | | | |
| Federal W/H(S/3) | | | 32.13 | 663.25 |
| Medicare | | | 13.67 | 235.23 |
| Social Security | | | 58.43 | 1005.77 |
| Penn. State W/H(S/0) | | | 28.93 | 498.02 |
| 360804,WEST HEMPFIELD TWP/HEMPFIELD | | | 9.42 | 162.19 |
| LST 360804,WEST HEMPFIELD TWP/HEMP | | | 2.00 | 32.00 |
| Pennsylvania UI/HC/WF | | | 0.61 | 10.36 |
| **Deductions** | | | | |
| B-Medical-EE Only - 2017 | | | 63.10 | 1008.08 |
| Vision-EE Only - 2017 | | | 2.88 | 46.08 |
| | **Net Pay** | | 797.28 | 13615.54 Voucher No. 145071127DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 797.28 | 13615.54 A/C:9764 |

---

Voucher No. 145071127DD

THE JAY GROUP INC
700 INDIAN SPRINGS DRIVE
LANCASTER, PA   17601

DATE: 08/03/2018

Dept: 2100

**Net Pay:** 797.28

Seven Hundred Ninety Seven And 28/100 Dollars

THOMAS SCHWEAR
129 ASHLEY DRIVE
EPHRATA, PA  17522

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

**Earnings Statement** — THOMAS SCHWEAR

Pay Date: 07/20/2018  
Period Start: 07/01/2018  
Period End: 07/14/2018  

Company: 0TE58 - THE JAY GROUP INC  
700 INDIAN SPRINGS DRIVE  
LANCASTER  PA  17601   (717) 285-6294  

Emp #: 5024  
Dept: 2100 - Operations  
Pay Basis: Hourly

### Earnings

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 12.15 | 80.00 | 972.00 | 13506.07 |
| Overtime | 18.23 | 5.64 | 102.79 | 1328.24 |
| Float Holiday | 12.15 | 0.00 | 0.00 | 145.80 |
| Holiday | 12.15 | 8.00 | 97.20 | 388.80 |
| Shift A - Bonus | 12.21(*) | 0.00 | 0.00 | 12.21 |
| Vacation | 12.15 | 0.00 | 0.00 | 886.95 |

*Denotes an override during payroll processing.

| | | | | |
|---|---|---|---|---|
| **Gross** | | 93.64 | 1171.99 | 16268.07 |

### W/H Taxes

| | Current Period | Year To Date |
|---|---|---|
| Federal W/H(S/3) | 50.86 | 631.12 |
| Medicare | 16.04 | 221.56 |
| Social Security | 68.57 | 947.34 |
| Penn. State W/H(S/0) | 33.95 | 469.09 |
| 360804,WEST HEMPFIELD TWP/HEMPFIELD | 11.06 | 152.77 |
| LST 360804,WEST HEMPFIELD TWP/HEMP | 2.00 | 30.00 |
| Pennsylvania UI/HC/WF | 0.70 | 9.75 |

### Deductions

| | Current Period | Year To Date |
|---|---|---|
| B-Medical-EE Only - 2017 | 63.10 | 944.98 |
| Vision-EE Only - 2017 | 2.88 | 43.20 |

| | Current Period | Year To Date |
|---|---|---|
| **Net Pay** | 922.83 | 12818.26 Voucher No. 143125065DD |

### Net Pay Distribution

| | Current Period | Year To Date |
|---|---|---|
| Direct Deposit Net Check | 922.83 | 12818.26 A/C:9764 |

---

Voucher No. 143125065DD

THE JAY GROUP INC  
700 INDIAN SPRINGS DRIVE  
LANCASTER, PA   17601  

DATE: 07/20/2018

Dept: 2100

**Net Pay:**                                                                                   922.83

Nine Hundred Twenty Two And 83/100 Dollars

THOMAS SCHWEAR  
129 ASHLEY DRIVE  
EPHRATA, PA  17522  

For Record Purposes Only  
**NON-NEGOTIABLE**