United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16182-ref
Thomas S. Schwear                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith              Page 1 of 1              Date Rcvd: Oct 04, 2018
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db          +Thomas S. Schwear,    129 Ashley Drive,    Ephrata, PA 17522-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              MARY F. KENNEDY    on behalf of Creditor    GREEN TREE SERVICING LLC mary@javardianlaw.com,
               tami@javardianlaw.com
              MICHAEL D. HESS    on behalf of Debtor Thomas S. Schwear amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Thomas S. Schwear<br>Debtor(s) | Chapter 13<br><br>Bankruptcy No. 18-16182-ref |

## ORDER

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtor is granted an extension of time, to October 30, 2018, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

BY THE COURT:

**Date: October 3, 2018**

_____
**United States Bankruptcy Judge**

| | |
|---|---|
| **Michael D. Hess, Esquire**<br>**Burke & Hess**<br>**1672 Manheim Pike**<br>**Lancaster, PA  17601**<br>**Counsel for the Debtors** | **United States Trustee**<br>**Office of the U.S. Trustee**<br>**833 Chestnut Street**<br>**Suite 500**<br>**Philadelphia, PA 19107** |

**William C. Miller, Interim Trustee**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**Suite 100**
**Reading, PA 19606**