**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 18-16182-ref |
| Thomas S. Schwear | : | |
| | : | |
| Debtor(s) | : | CHAPTER 13 |

**RESPONSE TO MOTION OF DITECH FINANCIAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362**

1. Admitted.

2. Admitted.

3  Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied

8. Denied.

9  Denied.

10. Denied.

WHEREFORE, Debtor seeks and Order denying this Motion.

Respectfully submitted,

Dated: March 27, 2019         By: /s/ Michael D. Hess
                              Michael D. Hess, Esquire
                              Pa. I.D.# 63650
                              Attorney for Debtor
                              1672 Manheim Pike
                              Lancaster, PA 17601
                              (717) 391-2911