# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas S. Schwear<br>　　　　　　　Debtor(s)<br><br>Ditech Financial LLC, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs.<br><br>Thomas S. Schwear<br>　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-16182 REF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **November 20, 2018, Docket Number 19**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

March 28, 2019