United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16182-ref
Thomas S. Schwear                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 1              Date Rcvd: Apr 29, 2019
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14236247       E-mail/Text: bankruptcy.bnc@ditech.com Apr 30 2019 02:54:07     Ditech Financial LLC,
        P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                                      TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
        MARY F. KENNEDY    on behalf of Creditor   GREEN TREE SERVICING LLC mary@javardianlaw.com, tami@javardianlaw.com
        MARY F. KENNEDY    on behalf of Creditor   LoanCare, LLC mary@javardianlaw.com, tami@javardianlaw.com
        MICHAEL D. HESS    on behalf of Debtor Thomas S. Schwear amburke7@yahoo.com
        REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) RRamos-Cardona@fredreiglech13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                             TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16182-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas S. Schwear
129 Ashley Drive
Ephrata PA 17522

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/29/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | LoanCare, LLC<br>PO Box 8068<br>Virginia Beach, VA 23450 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/01/19

Tim McGrath
**CLERK OF THE COURT**