| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-16182-PMM

THOMAS S SCHWEAR  
129 ASHLEY DRIVE  
EPHRATA  PA    17522

Petition Filed Date: 09/18/2018  
341 Hearing Date: 11/20/2018  
Confirmation Date: 08/15/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $700.00 | | 04/05/2019 | $700.00 | Monthly Plan P | 05/01/2019 | $350.00 | Monthly Plan P |
| 06/04/2019 | $350.00 | Monthly Plan P | 07/08/2019 | $350.00 | Monthly Plan P | 08/05/2019 | $350.00 | Monthly Plan P |
| 09/11/2019 | $550.00 | Monthly Plan P | 10/23/2019 | $550.00 | | 12/03/2019 | $550.00 | |
| 01/07/2020 | $550.00 | | 02/25/2020 | $550.00 | | 05/26/2020 | $1,100.00 | |
| 07/01/2020 | $550.00 | | | | | | | |

**Total Receipts for the Period:  $7,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»»  001 | Unsecured Creditors | $10,350.17 | $0.00 | $10,350.17 |
| 2 | LOANCARE SERVICING CENTER<br>»»  002 | Mortgage Arrears | $25,036.29 | $4,347.89 | $20,688.40 |
| 3 | BURKE & HESS<br>»»  003 | Attorney Fees | $2,841.11 | $2,841.11 | $0.00 |

**Chapter 13 Case No. 18-16182-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,900.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $7,189.00 | Arrearages: | $2,200.00 |
| Paid to Trustee: | $711.00 | Total Plan Base: | $31,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.