United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-16182-pmm

Thomas S. Schwear  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Adminstra     Page 1 of 2
Date Rcvd: Nov 12, 2020     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas S. Schwear, 129 Ashley Drive, Ephrata, PA 17522-2627 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14278351 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14198763 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 14236247 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14199393 | + | Green Tree Servicing, LLC, c/o Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14198764 | + | Gregory Javardian, LLC, 1310 Industrial Blvd., 1st Floor, Suite 101, Southhampton, PA 18966-4030 |
| 14315238 | + | LoanCare, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14310800 | + | LoanCare, LLC, c/o Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14395675 | | Loancare, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2020 04:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14198762 | | Email/Text: mrdiscen@discover.com | Nov 13 2020 04:37:00 | Discover Card, PO Box 15316, Wilmington, DE 19850 |
| 14220952 | | Email/Text: mrdiscen@discover.com | Nov 13 2020 04:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14198761 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 04:04:53 | Chase, Po Box 15298, Wilmington, DE 19886 |
| 14198765 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 04:04:56 | LVNV Funding, P O Box 740281, Houston, TX 77274-0281 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-4      User: Adminstra      Page 2 of 2
Date Rcvd: Nov 12, 2020      Form ID: pdf900      Total Noticed: 20

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

**Name**      **Email Address**

MARIO J. HANYON
    on behalf of Creditor LoanCare LLC mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MARY F. KENNEDY
    on behalf of Creditor GREEN TREE SERVICING LLC mary@javardianlaw.com  angie.harrigan@javardianlaw.com

MARY F. KENNEDY
    on behalf of Creditor LoanCare LLC mary@javardianlaw.com, angie.harrigan@javardianlaw.com

MICHAEL D. HESS
    on behalf of Debtor Thomas S. Schwear amburke7@yahoo.com

REBECCA ANN SOLARZ
    on behalf of Creditor LoanCare LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor LoanCare LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| THOMAS S SCHWEAR | Bankruptcy No. 18-16182-PMM |
| Debtor | |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: November 12, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE